**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF TEXAS**
**HOUSTON DIVISION**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | § | |
| | § | |
| **v.** | § | |
| | § | |
| **VICTOR CAMACHO (1),** | § | |
| **ISAAC RODRIGUEZ (2),** | § | |
| **KHALID ABDULAZIZ (3),** | § | **CRIMINAL NO.** |
| **ASHLEY GIDDENS (4),** | § | |
| **STEVE BARANOWSKI, III (5),** | § | |
| **HORACIO RODRIGUEZ (6),** | § | |
| **ASHLEY SANDOVAL (7),** | § | |
| **GUSTAVO GOMEZ-VALENZUELA (8),** | § | |
| **GUILLERMO GOMEZ-LAZCANO (9),** | § | |
| ███████████████████ **(10),** | § | |
| ███████ **(11),** | § | |
| **JORGE VELA (12),** | § | **FILED UNDER SEAL** |
| **ABRAHAM JOAQUIN CANELA (13), AND** | § | |
| **BRYAN MARTINEZ (14),** | § | |
| **Defendants.** | § | |

## SUPERSEDING INDICTMENT

**THE GRAND JURY CHARGES THAT:**

At all times material to this Indictment:

1. The following items are firearms and ammunition of category and nature which cannot be
   exported from the United States without a license or written approval from the United
   States Government:

   a. JNC M2HB .50 caliber rifles

   b. Barrett .50 caliber rifles

   c. Century Arms VSKA 7.62 caliber rifles

   d. Lake City .50 BMG Caliber Non-Tracer Rounds Ammunition

2. It is also unlawful for a person to violate United States laws governing the outbound

1

smuggling of any merchandise, article, or object, including firearms and ammunition. Title 18, United States Code, Section 554(a) makes it a federal crime to fraudulently or knowingly export or send from the United States, or attempt to export or send from the United States, any merchandise, article, or object contrary to any law or regulation of the United States; or to receive, conceal, buy, sell, or in any manner facilitate the transportation, concealment, or sale of such merchandise, article or object, prior to exportation, knowing the same to be intended for exportation contrary to any law or regulation of the United States.

3. Neither VICTOR RICARDO CAMACHO, ISAAC RODRIGUEZ, GUSTAVO GOMEZ-VALENZUELA, JORGE VELA, nor any co-conspirator identified herein has ever applied for, received, or possessed a license or written approval from the United States Government to export any firearms or ammunition.

4. <u>The ATF Form 4473 (Firearm Transaction Record)</u>:

   a. The ATF Form 4473 (hereafter "Form 4473") is a document used and maintained by the FFL to create a written record of each firearm sale or disposition.   The Form 4473 is completed in part by the FFL and in part by a firearms purchaser at the time a firearm is sold or otherwise disposed of.   The Form 4473 memorializes that an FFL has taken all precautions required by the ATF and his license to make sure he does not transfer a firearm to a person who is prohibited from possessing it. Accordingly, among other things, the Form 4473 records that a firearms purchaser identified himself to the FFL with a valid identification bearing his photograph. The Form 4473 also requires that the purchaser truthfully answer a series of questions about the firearms transaction.

5. The purpose of the Form 4473 is threefold.   The first is to cause FFLs and prospective

firearm purchasers alike to take note of any legal impediments to the consummation of a firearms sale before deciding to proceed.   The second is to acquire sufficient information about the purchaser to enable the Federal Bureau of Investigation (hereafter "FBI"), though its National Instant Background Checking System (hereafter "NICS"), to perform a criminal history check of the purchaser to verify he or she is not prohibited from possessing a firearm on account of a prior felony conviction or status as an illegal alien, among several other prohibitions.   The third purpose of the ATF Form 4473 is to create a traceable record of the sale of a firearm, which permits law enforcement officers in an on-going criminal investigation involving a firearm as evidence to trace the firearm to its last-known owner.

## COUNT ONE

### (Aiding and Abetting a False Statement on an ATF 4473 Form)

On or about November 28, 2019 continuing through December 5, 2019, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**VICTOR CAMACHO,**
**ISAAC RODRIGUEZ,**
**AND KHALID ABDULAZIZ,**

the defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowingly made a false statement and representation to an employee of Zeroed In Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee Zeroed In Armory, in that Israel Chapa, Jr. executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

4

## COUNT TWO

### (Aiding and Abetting a False Statement on an ATF 4473 Form)

On or about December 17, 2019 continuing through December 19, 2019, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**VICTOR CAMACHO,**
**ISAAC RODRIGUEZ,**
**AND KHALID ABDULAZIZ,**

the defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowingly made a false statement and representation to an employee of Zeroed In Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee Zeroed In Armory, in that Javier Cavazos, III executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

## COUNT THREE

### (Possession of Firearm With an Obliterated Serial Number)

On or about December 19, 2019, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**VICTOR CAMACHO,**

defendant herein, did unlawfully, knowingly possess a firearm, to wit, a Barrett .50 caliber BMG rifle, said firearm having been shipped and transported in interstate and foreign commerce, from which the manufacturer's serial number had been removed, altered, and obliterated.

In violation of Title 18, United States Code, Sections 922(k) and 924(a)(1)(B).

## COUNT FOUR

### (Aiding and Abetting the Exportation of Firearms)

On or about July 21, 2019 and continuing through April 29, 2020, the exact dates being unknown to the Grand Jury, in the Southern District of Texas,

**VICTOR RICARDO CAMACHO**
**AND ISAAC RODRIGUEZ,**

the defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, did fraudulently and knowingly export and send, and attempted to export and send from the United States; and facilitated the transportation, concealment, or sale of certain merchandise, article or object, knowing the same to be intended for exportation from the United States, to wit: a JNC M2HB .50 caliber rifle; three Barrett .50 caliber rifles; and four Century Arms VSKA 7.62 caliber rifles, contrary to the laws or regulations of the United States, in that CAMACHO and RODRIGUEZ (i) obtained said firearms through the use of fraud and false statements and (ii) exported and sent, and attempted to export and send; and facilitated the transportation, concealment, or sale of said firearms from the United States to the Republic of Mexico without a license or written approval from the United States Department of State, as required by Title 22, United States Code, Section 2778(b)(2), and Title 50, United States Code, Section 4819.

All in violation of Title 18, United States Code, Section 554(a) and Section 2.

## COUNT FIVE

### (Aiding and Abetting a False Statement on an ATF 4473 Form)

On or about December 10, 2019 continuing through December 12, 2019, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**GUSTAVO GOMEZ-VALENZUELA,**
**AND KHALID ABDULAZIZ,**

the defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowingly made a false statement and representation to an employee of Zeroed In Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee Zeroed In Armory, in that Javier Cavazos, III executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

## COUNT SIX

### (Aiding and Abetting a False Statement on an ATF 4473 Form)

On or about November 7, 2019, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**ASHLEY GIDDENS,**
**AND KHALID ABDULAZIZ,**

the defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowingly made a false statement and representation to an employee of Zeroed In Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee Zeroed In Armory, in that defendant Ashley Giddens executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that she was the buyer of the firearm, whereas in truth and in fact, she was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

9

## COUNT SEVEN

### (Aiding and Abetting a False Statement on an ATF 4473 Form)

On or about November 14, 2019, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**ASHLEY GIDDENS,**
**AND KHALID ABDULAZIZ,**

the defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowingly made a false statement and representation to an employee of Zeroed In Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee Zeroed In Armory, in that defendant Ashley Giddens executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that she was the buyer of the firearm, whereas in truth and in fact, she was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

## COUNT EIGHT

### (Aiding and Abetting a False Statement on an ATF 4473 Form)

On or about March 9, 2020, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**GUSTAVO GOMEZ-VALENZUELA,**
**STEVE BARANOWSKI, III,**
**ISAAC RODRIGUEZ,**
**AND KHALID ABDULAZIZ,**

the defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowingly made a false statement and representation to an employee of Zeroed In Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee Zeroed In Armory, in that defendant Steve Baranowski, III executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

11

## COUNT NINE

### (Aiding and Abetting a False Statement on an ATF 4473 Form)

On or about March 15, 2020, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**GUSTAVO GOMEZ-VALENZUELA,**
**STEVE BARANOWSKI, III,**
**ISAAC RODRIGUEZ,**
**AND KHALID ABDULAZIZ,**

the defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowingly made a false statement and representation to an employee of Zeroed In Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee Zeroed In Armory, in that defendant Steve Baranowski, III executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

## COUNT TEN

### (Aiding and Abetting a False Statement on an ATF 4473 Form)

On or about March 24, 2020, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**GUSTAVO GOMEZ-VALENZUELA,**
**ISAAC RODRIGUEZ,**
**AND KHALID ABDULAZIZ,**

the defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowingly made a false statement and representation to an employee of Zeroed In Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee Zeroed In Armory, in that Mario Reyna executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

## COUNT ELEVEN

### (Aiding and Abetting a False Statement on an ATF 4473 Form)

On or about March 20, 2020 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**GUSTAVO GOMEZ-VALENZUELA,**
**AND KHALID ABDULAZIZ,**

the defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowingly made a false statement and representation to an employee of Zeroed In Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee Zeroed In Armory, in that Francisco Jacinto executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

## COUNT TWELVE

### (Aiding and Abetting a False Statement on an ATF 4473 Form)

On or about March 3, 2020 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**GUSTAVO GOMEZ-VALENZUELA,**
**AND KHALID ABDULAZIZ,**

the defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowingly made a false statement and representation to an employee of Zeroed In Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee Zeroed In Armory, in that Jesus Calvo executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

## COUNT THIRTEEN

### (Aiding and Abetting a False Statement on an ATF 4473 Form)

On or about January 14, 2020 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**GUSTAVO GOMEZ-VALENZUELA,**
**AND KHALID ABDULAZIZ,**

the defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowingly made a false statement and representation to an employee of Zeroed In Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee Zeroed In Armory, in that David Bedolla executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that he was the buyer of the firearm, whereas in truth and in fact, he was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

16

## COUNT FOURTEEN

### (Selling a Firearm to a Prohibited Person)

On or about March 27, 2020, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

### KHALID ABDULAZIZ

knowingly sold a firearm, that is a Romarm/Cugir, PSL-54, 7.62 Caliber Rifle and a Steyr Arms, Inc., AUG/A3, .223 Caliber Rifle to an individual knowing and having reasonable cause to believe that the individual had been convicted of a crime punishable by imprisonment for a term exceeding one year.

In violation of Title 18, United States Code, Section 922(d)(1).

## COUNT FIFTEEN

### (Receiving a Firearm for Use in a Felony)

On or About December 4, 2019 in the Houston Division of the Southern District of Texas and elsewhere within the jurisdiction of the Court,

### KHALID ABDULAZIZ

with knowledge or reasonable cause to believe that an offense punishable by imprisonment for a term exceeding one year is to be committed, to wit: Lying on an ATF 4473 Form,   received a firearm in interstate or foreign commerce, to wit: four Diamondback Arms rifles, model DB-10.

In violation of Title 18, United States Code, Section 924(b).

**COUNT SIXTEEN**

**(Aiding and Abetting a False Statement on an ATF 4473 Form)**

On or about April 16, 2020 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**HORACIO RODRIGUEZ,**
**ASHLEY SANDOVAL**
**AND KHALID ABDULAZIZ,**

the defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowingly made a false statement and representation to an employee of Zeroed In Armory, a Federal Firearms Licensee which was licensed under the provisions of Chapter 44 of Title 18, United States Code, with respect to information required by the provisions of Chapter 44 of Title 18 of the United States Code to be kept in the records of the Federal Firearms Licensee Zeroed In Armory, in that defendant Ashley Sandoval executed a Bureau of Alcohol, Tobacco, and Firearms Form 4473 (Firearms Transaction Record) to the effect that she was the buyer of the firearm, whereas in truth and in fact, she was purchasing the firearm for another individual;

In violation of Title 18, United States Code, Section 924(a)(1)(A) and 2.

18

## COUNT SEVENTEEN

### (Aiding and Abetting Alien in Possession of a Firearm)

On or about November 3, 2020 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**GUSTAVO GOMEZ-VALENZUELA,**
**GUILLERMO GOMEZ-LAZCANO,**
**AND** ███████████████████████,

defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm to wit: a Winchester Defender 12 gauge shotgun, a Romarm Cugir GP/WASR 10 7.62x39 mm rifle, an American Tactical, Max Limited multi-caliber rifle, a Glock 22 .40 caliber pistol, and a Draco, 9x19 mm Model NAK9 pistol, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5)(A), 924(a)(2), and 2.

## COUNT EIGHTEEN

### (Felon in Possession of a Firearm)

On or about November 3, 2020 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

## GUSTAVO GOMEZ-VALENZUELA

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm to wit: a Winchester Defender 12 gauge shotgun, a Romarm Cugir GP/WASR 10 7.62x39 mm rifle, an American Tactical, Max Limited multi-caliber rifle, a Glock 22 .40 caliber pistol, and a Draco, 9x19 mm, Model NAK9 pistol, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

### COUNT NINETEEN

### (Aiding and Abetting Alien in Possession of a Firearm)

On or about November 19, 2020 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

### GUSTAVO GOMEZ-VALENZUELA
### AND GUILLERMO GOMEZ-LAZCANO,

defendant herein, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm to wit: a Glock 22 GEN4 .40 caliber pistol, an A. Uberti Italy, model Stampede .45 caliber revolver, two Anderson Manufacturing Model AM15 multi-caliber pistols, and a Century Arms, model RAS47 7.62x39 mm rifle, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2) and 2.

### COUNT TWENTY

### (Felon in Possession of a Firearm)

On or about November 19, 2020 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

### GUSTAVO GOMEZ-VALENZUELA

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm to wit: a Glock 22 GEN4 .40 caliber pistol, an A. Uberti Italy, model Stampede .45 caliber revolver, two Anderson Manufacturing Model AM15 multi-caliber pistols, and a Century Arms, model RAS47 7.62x39 mm rifle, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWENTY-ONE

### (Conspiracy to Possess with Intent to Distribute a Controlled Substance

On or about November 3, 2020 continuing through December 31, 2020 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**GUSTAVO GOMEZ-VALENZUELA**
**AND GUILLERMO GOMEZ-LAZCANO**

defendants herein, did unlawfully, knowingly and intentionally combine, conspire, confederate, and agree with others, known and unknown to the Grand Jury, to possess with intent to distribute 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Sections 846, 841(a)(1) and 841(b)(1)(A)(viii).


## COUNT TWENTY-TWO

### (Possession with Intent to Distribute a Controlled Substance)

On or about November 19, 2020 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**GUSTAVO GOMEZ-VALENZUELA,**

defendant herein, did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance. This violation involved a quantity of 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).

## COUNT TWENTY-THREE

### (Possession with Intent to Distribute a Controlled Substance)

On or about December 2, 2020 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

███████████████████████,

defendant herein, did unlawfully, knowingly and intentionally possess with intent to distribute a controlled substance.    This violation involved a quantity of 50 grams or more of methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II Controlled Substance.

In violation of Title 21, United States Code, Sections 841(a)(1) and 841(b)(1)(A)(viii).


## COUNT TWENTY-FOUR

### (Aiding and Abetting Alien in Possession of Firearm)

On or about December 17, 2020 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

### GUSTAVO GOMEZ-VALENZUELA
### AND GUILLERMO GOMEZ-LAZCANO,

defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess a firearm to wit: an Aero Precision, model PEW4E1 multi-caliber pistol, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5)(A), 924(a)(2), and 2.

## COUNT TWENTY-FIVE

### (Felon in Possession of a Firearm)

On or about December 17, 2020 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

### GUSTAVO GOMEZ-VALENZUELA

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess a firearm to wit: an Aero Precision, model PEW4E1 multi-caliber pistol, said firearm having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT TWENTY-SIX

### (Aiding and Abetting Smuggling Goods from the United States)

On or about January 8, 2021 continuing through January 9, 2021 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

## GUSTAVO GOMEZ-VALENZUELA
## AND JORGE VELA,

defendants herein, aiding and abetting each other and those known and unknown to the Grand Jury, did fraudulently and knowingly export and send, and attempt to export and send from the United States; and facilitated the transportation, concealment, or sale of certain merchandise, article or object, knowing the same to be intended for exportation from the United States, to wit: Nine Hundred Fifty-Six (956) rounds of Lake City .50 BMG caliber non-tracer ammunition contrary to the laws and regulations of the United States, in that GOMEZ-VALENZUELA and VELA exported and sent, and attempted to export and send; and facilitated the transportation, concealment, or sale of said ammunition from the United States to the United Mexican States without a license or written approval from the United States Government as required by Title 50, United States Code, Section 4819, and Title 15 Code of Federal Regulations, Section 730 et seq.

In violation of Title 18, United States Code, Sections 554(a) and 2.

## COUNT TWENTY-SEVEN

### (Alien in Possession of Ammunition)

On or about January 8, 2021 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**GUSTAVO GOMEZ-VALENZUELA**

defendant herein, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess ammunition to wit: nine hundred fifty-six (956) Lake City .50 BMG caliber non-tracer rounds, said ammunition having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

## COUNT TWENTY-EIGHT

### (Aiding and Abetting Felon in Possession of Ammunition)

On or about January 8, 2021 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**GUSTAVO GOMEZ-VALENZUELA
AND JORGE VELA,**

defendants herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess ammunition to wit: nine hundred fifty-six (956) Lake City .50 BMG caliber non-tracer rounds, said ammunition having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2) and 2.

## COUNT TWENTY-NINE

### (Illegal Possession of a Machine Gun)

On or about January 20, 2021 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**GUILLERMO GOMEZ-LAZCANO,**

defendant herein, did knowingly possess and transfer a machinegun, that is an Aero Precision, model M4E1 multi-caliber AR-style pistol, equipped with a 3D Printed "auto sear" causing the firearm to function as a machine gun.

In violation of Title 18, United States Code, Sections 922(o) and 924(a)(2).

## COUNT THIRTY

### (Receipt or Possession of Unregistered Firearm)

On or about January 20, 2021 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**GUILLERMO GOMEZ-LAZCANO,**

defendant herein, knowingly received and possessed a firearm, that is an Aero Precision, model M4E1 multi-caliber AR-style pistol, equipped with a 3D Printed "auto sear" causing the firearm to function as a machine gun, that was not registered to him in the National Firearms Registration and Transfer Record.

In violation of Title 26, United States Code, Sections 5841, 5861(d), and 5871.

## COUNT THIRTY-ONE

### Alien in Possession of Firearm and Ammunition

On or about March 11, 2021 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

### GUSTAVO GOMEZ-VALENZUELA

defendant herein, knowing that he was an alien illegally and unlawfully in the United States, did knowingly possess firearms and ammunition to wit: a Beretta, model 92FS, 9 mm caliber pistol, a SWD, model M11/9, 9 mm caliber pistol, eleven (11) rounds of 9 mm ammunition, and one hundred (100) rounds of .223 caliber ammunition, said firearms and ammunition having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(5)(A) and 924(a)(2).

## COUNT THIRTY-TWO

### Felon in Possession of Firearm and Ammunition

On or about March 11, 2021 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

### GUSTAVO GOMEZ-VALENZUELA

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, did knowingly possess firearms and ammunition to wit: a Beretta, model 92FS, 9 mm caliber pistol, a SWD, model M11/9, 9 mm caliber pistol, eleven (11) rounds of 9 mm ammunition, and one hundred rounds of .223 caliber ammunition, said firearms and ammunition having been shipped and transported in interstate and foreign commerce.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

## COUNT THIRTY-THREE

### (Aiding and Abetting Receipt of Ammunition by a Prohibited Person)

On or about February 11, 2021 in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**ABRAHAM JOAQUIN CANELA**
**AND BRYAN MARTINEZ,**

defendants herein, aiding and abetting each other and others known and unknown to the Grand Jury, who was then under indictment for a crime punishable by imprisonment for a term exceeding one year, to wit:

**ABRAHAM JOAQUIN CANELA**, under indictment for Smuggling Goods From the

United States in Case Number 5:20-CR-01795-S1; and

**BRYAN MARTINEZ**, under indictment for Evading Arrest in a Motor Vehicle in

Case Number 157452701010,

did willfully receive ammunition, that is 1,400 (one thousand four hundred) rounds of .50 caliber ammunition, said ammunition having been shipped and transported in interstate commerce.

In violation of Title 18, United States Code, Sections 922(n), 924(a)(1)(D), and 2.

30

## COUNT THIRTY-FOUR

### (International Money Laundering Conspiracy)

From on or about July 1, 2020 continuing through August 30, 2020, in the Southern District of Texas and elsewhere within the jurisdiction of the Court,

**GUSTAVO GOMEZ-VALENZUELA,**

defendant herein, did knowingly conspire and agree with others known and unknown to the Grand Jury, to commit offenses against the United States in violation of Title 18, USC 1956, to wit: to transport, transmit, transfer and attempt to transport, transmit, and transfer monetary instruments, that is United States currency, from a place outside of the United States, that is the Republic of Mexico, to a place inside the United States, that is Laredo, Texas with the intent to promote the carrying on of specified unlawful activity, that is smuggling goods from the United States.

In violation of Title 18, United States Code, Sections 1956(a)(2)(A) and 1956(h).

## COUNT THIRTY-FIVE

### (Reentry of Removed Alien)

On or about December 11, 2020 in the Houston Division of the Southern District of Texas,

### GUSTAVO GOMEZ-VALENZUELA,

defendant herein, an alien who previously had been denied admission, excluded, deported, and removed from the United States, after having been convicted of a felony offense, knowingly and unlawfully was present in the United States when found in Houston, Texas without having obtained consent before March 2003, from the Attorney General of the United States to reapply for admission into the United States; and without having obtained corresponding consent after February 2003, from the Secretary of the Department of Homeland Security pursuant to 6 U.S.C. §§ 203(3) and (4) and 6. U.S.C. § 557.

In violation of Title 8, United States Code, Sections 1326(a) and (b).

## NOTICE OF CRIMINAL FORFEITURE
### (18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

Pursuant to Title 18 United States Code, Section 924(d)(1) and Title 28, United States

Code, Section 2461(c), the United States hereby gives notice to defendants,

**VICTOR CAMACHO,
ISAAC RODRIGUEZ,
KHALID ABDULAZIZ,
ASHLEY GIDDENS,
STEVE BARANOWSKI, III,
HORACIO RODRIGUEZ,
ASHLEY SANDOVAL,
AND GUSTAVO GOMEZ-VALENZUELA,**

that upon conviction of a knowing violation of Title 18, United States Code, Sections 922(g) or

924, all firearms and ammunition involved in or used in any such violation is subject to forfeiture,

including but not limited to:

1) GLOCK GMBH, TYPE: PISTOL, MODEL: 19GEN4, CAL: 9, SN: BKZU311
2) RUGER, TYPE: PISTOL, MODEL: LCP II, CAL: 380, SN: 380075850
3) RIFLE, MODEL: ZIA-15, CAL: MULTI, SN: SAMPLE07
4) RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE
5) SHOTGUN, MNF: IZHMASH (IMEZ), SHOTGUN, MODEL: SAIGA-12, CAL: 12, SN: 13609358
6) RIFLE, MNF: IZHMASH (IMEZ), RIFLE, MODEL: SAIGA, CAL: 762, SN: 13406983
7) RIFLE, MNF: ARSENAL CO. BULGARIA, RIFLE, MODEL: SLR-107UR, CAL: 762, SN: KO551346
8) SHOTGUN, MNF: MOLOT (VYATSKIE POLYANY MACHINE BUILDING PLANT), SHOTGUN, MODEL: VEPR, CAL: 12, SN: 16VAP7309
9) RIFLE, MNF: RUGER, TYPE: RIFLE, MODEL: 10/22, CAL: 22, SN: 0003-75948
10) RIFLE, MNF: CENTURY ARMS INTERNATIONAL, TYPE: RIFLE, MODEL: GP 1975 SPORTER, CAL: 762, SN: GPC505017
11) HANDGUN, MNF: GLOCK GMBH, TYPE: PISTOL, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: BKNE116
12) RIFLE, MNF: ROMARM/CUGIR, TYPE: RIFLE, MODEL: AES-10B, CAL: 762, SN: UH22501985
13) RIFLE, MNF: CENTURY ARMS INTERNATIONAL, TYPE: RIFLE, MODEL: M74 SPORTER, CAL: 545, SN: MS4C804455

14) RIFLE, MNF: F.N. (FN HERSTAL), TYPE: RIFLE, MODEL: PS90, CAL: 57, SN: FN099369

15)  RIFLE, MNF: ZASTAVA, TYPE: RIFLE, MODEL: O-PAP M70, CAL: 762, SN: 0PAP008665

16) RIFLE, MNF: SWFA INC. (SOUTHWESTERN FIREARMS INC.), TYPE: RIFLE, MODEL: SS, CAL: 223, SN: SS0307

17) SHOTGUN, MNF: MOLOT (VYATSKIE POLYANY MACHINE BUILDING PLANT), TYPE: SHOTGUN, MODEL: VEPR, CAL: 12, SN: 16VPP2836

18) RIFLE, MNF: CENTURY ARMS INTERNATIONAL, TYPE: RIFLE, MODEL: RAS47, CAL: 762, SN: RAS47007273

19) RIFLE, MNF: ZASTAVA, TYPE: RIFLE, MODEL: PAP M90 NP, CAL: 556, SN: M90NP000123

20) RIFLE, MNF: CENTURY ARMS INTERNATIONAL, TYPE: RIFLE, MODEL: M70AB2, CAL: 762, SN: AB2C108902

21) SHOTGUN, MNF: KELTEC, CNC INDUSTRIES, INC., TYPE: SHOTGUN, MODEL: KSG, CAL: 12, SN: XUL73

22) RIFLE, MNF: IZHMASH (IMEZ), TYPE: RIFLE, MODEL: SAIGA, CAL: 762, SN: 13411611

23) RIFLE, MNF: ROCK RIVER ARMS, INC., TYPE: RIFLE, MODEL: LAR 15 LH, CAL: 556, SN: LH103448

24) RIFLE, MNF: IZHMASH (IMEZ), TYPE: RIFLE, MODEL: SAIGA, CAL: 762, SN: 13409183

25) RIFLE, MNF: ROMARM/CUGIR, TYPE: RIFLE, MODEL: WASR-10, CAL: 762, SN: A17207819RO

26) RIFLE, MNF: ZASTAVA, TYPE: RIFLE, MODEL: PAP M92 PV, CAL: 762, SN: M92PV034189

27) RIFLE, MNF: CENTURY ARMS INTERNATIONAL, TYPE: RIFLE, MODEL: RAS47, CAL: 762, SN: RAS47006638

28) RIFLE, MNF: PTR INDUSTRIES INC. (PTR-91 INC.), TYPE: RIFLE, MODEL: PTR 91, CAL: 308, SN: DK03715

29) RIFLE, MNF: DANIEL DEFENSE INC., TYPE: RIFLE, MODEL: DDM4, CAL: 556, SN: DDM4227742

30) RIFLE, MNF: PTR INDUSTRIES INC. (PTR-91 INC.), TYPE: RIFLE, MODEL: PTR 91, CAL: 308, SN: DK03793

31) RIFLE, MNF: ROMARM/CUGIR, TYPE: RIFLE, MODEL: DRACO, CAL: 762, SN: PMD0234515RO

32) RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: ZIA-15, CAL: MULTI, SN: ZIA000007

33) RIFLE, MNF: HECKLER AND KOCH, TYPE: RIFLE, MODEL: HK416A1, CAL: ZZ, SN: WH004375

34) SHOTGUN, MNF: SRM, INC. (SRM ARMS), TYPE: SHOTGUN, MODEL: SRM 1216, CAL: 12, SN: A002098

35) HANDGUN, MNF: SIG SAUER (SIG-ARMS), TYPE: PISTOL, MODEL: MPX, CAL: MULTI, SN: 62B025626

36) SHOTGUN, MNF: MOLOT (VYATSKIE POLYANY MACHINE BUILDING PLANT), TYPE: SHOTGUN, MODEL: VEPR, CAL: 12, SN: 15VAT3572

37) RIFLE, MNF: SPIKE'S TACTICAL LLC, TYPE: RIFLE, MODEL: ST15, CAL: MULTI, SN: PD001781

38) RIFLE, MNF: ZASTAVA, TYPE: RIFLE, MODEL: PAP M85 NP, CAL: 556, SN: M85NP008471

39) RIFLE, MNF: COLT, TYPE: RIFLE, MODEL: M4A1, CAL: 556, SN: LE120158

40) HANDGUN, MNF: GLOCK GMBH, TYPE: PISTOL, MODEL: 43, CAL: 9, SN: ZSU611

41) HANDGUN, MNF: HECKLER AND KOCH, TYPE: PISTOL, MODEL: USP9, CAL: 9, SN: 24-131276

42) RIFLE, MNF: CENTURY ARMS INTERNATIONAL, TYPE: PISTOL, MODEL: C39 PISTOL, CAL: 762, SN: 39WM-002851

43) HANDGUN, MNF: UNKNOWN MANUFACTURER, TYPE: REVOLVER, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: 37153

44) RIFLE, MNF: CHINESE, TYPE: RIFLE, MODEL: TYPE 53, CAL: 762, SN: 1137455

45) ASSAULT WEAPON (CRIME BILL), MNF: ALLIED ARMAMENT INC., TYPE: RIFLE, MODEL: 1919A4, CAL: 308, SN: 548455

46) RIFLE, MNF: MOSIN-NAGANT, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: 9130399107

47) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20081069

48) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20081070

49) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20081088

50) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20081089

51) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20081096

52) : RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20081097

53) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20081846

54) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20084313

55) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20084314

56) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20084315

57) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20084324

58) : RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20084335

59) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20084683

60) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20084684

61) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20087867

62) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20087858

63) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20087890

64) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20087959

65) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20087954

66) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20087986

67) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20087991

68) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RECEIVER/FRAME, MODEL: AM-15, CAL: MULTI, SN: 20087996

69) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091801

70) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091802

71) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091803

72) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091804

73) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091805

74) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091806

75) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091807

76) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091808

77) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091809

78) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091811

79) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091810

80) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091812

81) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091813

82) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091814

83) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091815

84) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091816

85) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091817

86) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091818

87) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091819

88) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091821

89) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091822

90) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091823

91) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091824

92) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091826

93) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091825

94) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091827

95) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091828

96) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091829

97) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091830

98) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091831

99) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091833

100)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091832

101)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091834

102)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091835

103)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091836

104)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091837

105)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091838

106)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091840

107)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091839

108)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091841

109)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091842

110)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091843

111)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091845

112)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091844

113)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091846

114)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091848

115)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091849

116)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091850

117)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091951

118)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091952

119)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091953

120)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091954

121)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091955

122)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091956

123)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091957

124)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091958

125)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091959

126)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091960

127)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091963

128)     RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091961

129)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091962

130)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091964

131)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091965

132)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091967

133)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091968

134)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091969

135)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091970

136)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091971

137)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091972

138)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091974

139)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091973

140)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091976

141)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091975

142)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091977

143)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091978

144)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091979

145)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091980

146)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091981

147)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091982

148)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091983

149)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091985

150)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091984

151)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091987

152)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091986

153)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091988

154)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091989

155)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091990

156)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091991

157)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091992

158)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091994

159)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091993

160)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091995

161)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091996

162) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091998

163) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091997

164) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091999

165) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20092000

166) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20104047

167) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20104046

168) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20104049

169) RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20104050

170) KE ARMS, TYPE: RECEIVER/FRAME, MODEL: KE-15, CAL: MULTI, SN: KF02684

171) AMMUNITION, QTY: 1000, MNF: REMINGTON, CAL: 22

172) AMMUNITION - ASSORTED, QTY: 1370, MNF: UNKNOWN, CAL: **

173) AMMUNITION - ASSORTED, QTY: 3970, MNF: UNKNOWN, CAL: **

174) AMMUNITION - ASSORTED, QTY: 5450, MNF: UNKNOWN, CAL: **

175) AMMUNITION, QTY: 1000, MNF: UNKNOWN, CAL: 762

176) AMMUNITION, QTY: 1625, MNF: UNKNOWN, CAL: 22

177) AMMUNITION, QTY: 2000, MNF: UNKNOWN, CAL: 22

178) AMMUNITION, QTY: 1500, MNF: UNKNOWN, CAL: 22

179) AMMUNITION, QTY: 1650, MNF: UNKNOWN, CAL: 22

180) AMMUNITION, QTY: 1655, MNF: UNKNOWN, CAL: 22

181) AMMUNITION, QTY: 1550, MNF: UNKNOWN, CAL: 22

182) AMMUNITION, QTY: 440, MNF: UNKNOWN, CAL: 762

183) AMMUNITION - ASSORTED, QTY: 480, MNF: UNKNOWN, CAL: 12

184) AMMUNITION - ASSORTED, QTY: 15348, MNF: ASSORTED, CAL: **

185) AMMUNITION - ASSORTED, QTY: 885, MNF: ASSORTED, CAL: **

186) AMMUNITION - ASSORTED, QTY: 5000, MNF: AGUILA, CAL: 22

187) AMMUNITION - ASSORTED, QTY: 5000, MNF: AGUILA, CAL: 22

188) AMMUNITION - ASSORTED, QTY: 359, MNF: ASSORTED, CAL: 762

189) AMMUNITION - ASSORTED, QTY: 355, MNF: ASSORTED, CAL: 762

190) AMMUNITION - ASSORTED, QTY: 8031, MNF: ASSORTED, CAL: **

191) AMMUNITION - ASSORTED, QTY: 481, MNF: ASSORTED, CAL: **

192) AMMUNITION - ASSORTED, QTY: 500, MNF: AGUILA, CAL: 12

193) AMMUNITION - ASSORTED, QTY: 500, MNF: AGUILA, CAL: 12

194) AMMUNITION - ASSORTED, QTY: 500, MNF: AGUILA, CAL: 12

195) AMMUNITION - ASSORTED, QTY: 420, MNF: FEDERAL, CAL: 223

196)    AMMUNITION - ASSORTED, QTY: 420, MNF: FEDERAL, CAL: 223

197)    HANDGUN, MNF: HASKELL (MFGR), TYPE: PISTOL, MODEL: JHP, CAL: 45, SN: X4367612

198)    HANDGUN, MNF: HASKELL (MFGR), TYPE: PISTOL, MODEL: JHP, CAL: 45, SN: X4367576

199)    HANDGUN, MNF: SMITH & WESSON, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NEP0700

200)    HANDGUN, MNF: KELTEC, CNC INDUSTRIES, INC., TYPE: PISTOL, MODEL: CP33, CAL: 22, SN: M3T10

201)    HANDGUN, MNF: RUGER, TYPE: PISTOL, MODEL: EC9S, CAL: 9, SN: 457-14078

202)    HANDGUN, MNF: TAURUS, TYPE: PISTOL, MODEL: G2S, CAL: 9, SN: ABC348023

203)    HANDGUN, MNF: ROMARM/CUGIR, TYPE: PISTOL, MODEL: MICRO DRACO, CAL: 762, SN: PMD18225-20

204)    RIFLE, MNF: SMITH & WESSON, TYPE: RIFLE, MODEL: M&P 15, CAL: 223, SN: TM14895

205)    Eighty-Five (85) RIFLE, MNF: UNKNOWN MANUFACTURER, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

206)    HANDGUN, MNF: GLOCK GMBH, TYPE: PISTOL, MODEL: 43X, CAL: 9, SN: BMYG061

207)    RIFLE, MNF: BLACK FORGE, LLLC, TYPE: RIFLE, MODEL: BF15, CAL: MULTI, SN: BF-02171

208)    RIFLE, MNF: BLACK FORGE, LLLC, TYPE: RIFLE, MODEL: BF15, CAL: MULTI, SN: BF-02167

209)    RIFLE, MNF: SIG-SAUER, TYPE: PISTOL, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: 58J005193

210)    RIFLE, MNF: AERO PRECISION, TYPE: RIFLE, MODEL: X15, CAL: MULTI, SN: AR08126

211)    RIFLE, MNF: AERO PRECISION, TYPE: RIFLE, MODEL: X15, CAL: MULTI, SN: USA45481

212)    RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE03

213)    RIFLE, MNF: AERO PRECISION, TYPE: RIFLE, MODEL: M5, CAL: MULTI, SN: US00343

214)    RIFLE, MNF: SHARPS BROS MFG. (3RD GEN MACHINE INC.), TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: WH00419

215)    RIFLE, MNF: SPIKE'S TACTICAL LLC, TYPE: RIFLE, MODEL: ST9G, CAL: 9, SN: ARN001853

216)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: MULTI, SN: 18128916

217)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: MULTI, SN: 18115373

218)    RIFLE, MNF: GLOCK GMBH, TYPE: PISTOL, MODEL: 19GEN5, CAL: 9, SN: BMEY445

219)    RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE01

220)    RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE13

221)    RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: ZIS01

222)    RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE02

223)    RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE14

224)    RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE01

225)    RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE01

226)    RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: ZIS02

227)    RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE02

228)    RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE10

229)    RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE21

230)    RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE18

231)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: MULTI, SN: 19179846

232)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: MULTI, SN: USA49769

233)    HANDGUN, MNF: GLOCK GMBH, TYPE: PISTOL, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: BKPH583

234)    RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: MULTI, SN: 18128913

235)    HANDGUN, MNF: GLOCK GMBH, TYPE: PISTOL, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: UBF154

236)    HANDGUN, MNF: POLYMER80, INC. (P80 TACTICAL P80), TYPE: PISTOL, MODEL: PFC9 COMPACT, CAL: 9, SN: CA11145

237)    AMMUNITION - ASSORTED, QTY: 50, MNF: FIOCCHI, CAL: 9

238)    RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE25

239)    HANDGUN, MNF: GLOCK INC., TYPE: PISTOL, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: ADAF913

240)    RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE11

241)　　RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE02

242)　　RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE15

243)　　RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE19

244)　　RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE17

245)　　RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE22

246)　　RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE12

247)　　RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE04

248)　　RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE23

249)　　RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE06

250)　　RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE24

251)　　RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RIFLE, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: SAMPLE08

252)　　HANDGUN, MNF: F.N. (FN HERSTAL), TYPE: PISTOL, MODEL: FIVE-SEVEN, CAL: 57, SN: 386320610

253)　　HANDGUN, MNF: SIG-SAUER, TYPE: PISTOL, MODEL: P365, CAL: 9, SN: 66A664680

254)　　HANDGUN, MNF: GLOCK INC., TYPE: PISTOL, MODEL: 19GEN4, CAL: 9, SN: AEDA843

255)　　HANDGUN, MNF: SIG-SAUER, TYPE: PISTOL, MODEL: P365, CAL: 9, SN: 66A134880

256)　　RIFLE, MNF: ZEROED IN ARMORY, LLC, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

257)　　HANDGUN, MNF: WESSON ARMS, DAN, TYPE: PISTOL, MODEL: WRAITH, CAL: 10, SN: 2001949

258)　　HANDGUN, MNF: SIG-SAUER, TYPE: PISTOL, MODEL: P320, CAL: 9, SN: 58HI35441

259)　　HANDGUN, MNF: GLOCK GMBH, TYPE: PISTOL, MODEL: 19X, CAL: 9, SN: ADRD968

260)　　HANDGUN, MNF: GLOCK GMBH, TYPE: PISTOL, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: ADCU951

261)　　HANDGUN, MNF: NIGHTHAWK CUSTOM, TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NCP21551

262)　　HANDGUN, MNF: GLOCK GMBH, TYPE: PISTOL, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: BKXH324

263)      HANDGUN, MNF: HS PRODUKT (IM METAL), TYPE: PISTOL, MODEL: XDM, CAL: 9, SN: AT269729

264)      HANDGUN, MNF: HIPOINT, TYPE: PISTOL, MODEL: C9, CAL: 9, SN: P10056037,

265)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091966

266)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091847

267)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20091820

268)      RIFLE, MNF: ANDERSON MANUFACTURING, TYPE: RIFLE, MODEL: AM-15, CAL: 556, SN: 20104048

269)      FIREARM PARTS AND ACCESSORIES, COMPLETE UPPER RECIEVER OF AN AR TYPE. MAKE: MIDWEST INDUSTRIES

270)      FIREARM PARTS AND ACCESSORIES, 256- NOT DRILLED LOWER BLANKS IN PALLET

271)       FIREARM PARTS AND ACCESSORIES, 372- NOT DRILLED LOWER BLANKS IN PALLET

272)      FIREARM PARTS AND ACCESSORIES, FOUR COMPLETE UPPER RECIEVERS.

273)      FIREARM PARTS AND ACCESSORIES, 1600 NOT DRILLED LOWERS ON PALLET

274)      FIREARM PARTS AND ACCESSORIES, 1- AR-15 MAGAZINE 100 ROUND

275)      FIREARM PARTS AND ACCESSORIES, 10- AR-15 MAGAZINES 100 ROUND

276)      FIREARM PARTS AND ACCESSORIES, 10- AR-15 MAGAZINES 100 ROUND

277)      FIREARM PARTS AND ACCESSORIES, 10- AR-15 MAGAZINES 100 ROUND

278)      FIREARM PARTS AND ACCESSORIES, 10- AR-15 MAGAZINES 100 ROUND

279)      FIREARM PARTS AND ACCESSORIES, 38- UNFINISHED AR LOWER FRAMES

280)      FIREARM PARTS AND ACCESSORIES, ONE BOX CONTAINING 26 POLYMER80, MODEL PF94OV2 80% PISTOL FRAME AND JIG KIT

281)      FIREARM PARTS AND ACCESSORIES, 2 POLYMER80, MODEL PF940OV2 80% STANDARD FRAMES

282)      FIREARM PARTS AND ACCESSORIES, 51- ASSORTED MAGAZINES

283)      FIREARM PARTS AND ACCESSORIES, PMAG D-60 SIXTY (60) ROUND MAGAZINE

284)      FIREARM PARTS AND ACCESSORIES, 2 FIREARM MAGAZINES

285)      FIREARM PARTS AND ACCESSORIES, 12 NON-DRILLED RIFLE LOWERS

286)      FIREARM PARTS AND ACCESSORIES, ONE BOX CONTAINING (35) PMAG M4 30 ROUND AMMUNITION MAGAZINES & (5) PMAG LR/SR 7.62X51-.308 WIN MAGAZINES.

287)      FIREARM PARTS AND ACCESSORIES, ONE BOX CONTAINING (40) M4 AMMUNITION MAGAZINES

288)      FIREARM PARTS AND ACCESSORIES, ONE BOX CONTAINING 37 PMAG30 M4 AMMUNITION MAGAZINES & 2 PMAG30 AK74 MAG

289)    OTHER: FIREARM PARTS AND ACCESSORIES, 6 - ASSORTED PISTOL SLIDES.

290)    OTHER: FIREARM PARTS AND ACCESSORIES, ASSORTED FIREARMS SCREWS IN BOX

291)    OTHER: FIREARM PARTS AND ACCESSORIES, 2- SB TACTICAL PISTOL STABILIZING BRACES

292)    OTHER: FIREARM PARTS AND ACCESSORIES, 1- HAND STOP KIT 1- ENHANCED MAGAZINE RELEASE

293)    OTHER: FIREARM PARTS AND ACCESSORIES, 1- TRIJICON SCOPE

294)    OTHER: FIREARM PARTS AND ACCESSORIES, ASSORTED FIREARM ACCESSORIES, 2- SCOPES, 4- STOCKS, 14- MAGAZINES, 1 HOLSTER, BAG OF GLOCK BACK PLATES (GOLD IN COLOR), 1- BARREL, 1- RIFLE BOLT.

295)    OTHER: FIREARM PARTS AND ACCESSORIES, ONE BOX CONTAINING 4 POLYMER80 80% PISTOL KITS, 4 PISTOL SLIDES AND OTHER FIREARM PARTS AND ACCESSORIES

296)    OTHER: FIREARM PARTS AND ACCESSORIES, ONE BOX CONTAINING FIREARMS PARTS AND ACCESSORIES

297)    OTHER: FIREARM PARTS AND ACCESSORIES, ONE BOX CONTAINING FIREARMS PARTS AND ACCESSORIES

298)    OTHER: FIREARM PARTS AND ACCESSORIES, BOX CONTAINING 3 PISTOL SLIDES, ONE AR MAGAZINE AND ONE METAL UNFINSHED AR FRAME

299)    OTHER: FIREARM PARTS AND ACCESSORIES, ONE BOX CONTAINING FIREARMS PARTS AND ACCESSORIES

300)    OTHER: FIREARM PARTS AND ACCESSORIES, 37 - GLOCK BLANK SLIDES FOR PROCESSING.

301)    OTHER: FIREARM PARTS AND ACCESSORIES, 9 – MAGAZINES, 3 – BARRELS, 1 - TRIGGER.

302)    OTHER: FIREARM PARTS AND ACCESSORIES, 65- ASSORTED SLIDES AND SLIDE BLANKS

303)    OTHER: FIREARM PARTS AND ACCESSORIES, GLOCK, 22, 40 CAL BARREL, S/N MACHINED OFF

304)    OTHER: FIREARM PARTS AND ACCESSORIES, GLOCK, 19, 9MM BARREL, S/N ACDX269

305)    OTHER: FIREARM PARTS AND ACCESSORIES, GLOCK, 19X, 9MM BARREL, S/N BHKW730

306)    OTHER: FIREARM PARTS AND ACCESSORIES, GLOCK, 17, 9MM BARREL, S/N XZT285 "WE THE PEOPLE" ON BARREL

307)    OTHER: FIREARM PARTS AND ACCESSORIES, GLOCK, 19, 9MM BARREL, S/N BGNV002

308)     OTHER: FIREARM PARTS AND ACCESSORIES, GLOCK, 21, .45 CAL BARREL, S/N BKXH324

309)     OTHER: FIREARM PARTS AND ACCESSORIES, SIG SAUER, P320, 9MM BARREL, NO MARKINGS

310)     FIREARM: HANDGUN, MNF:   SIG SAUER (SIG-ARMS), TYPE: RECEIVER/FRAME, MODEL: UNKNOWN TYPE, CAL: ZZ, SN: NONE

311)     OTHER: FIREARM PARTS AND ACCESSORIES, COMPLETE UPPER RECIEVER OF AN AR TYPE, MAKE: MIDWEST INDUSTRIES

312)     SILENCER: DEAD AIR S/N AK00712, LAWRENCEVILLE GA.

313)     SILENCER: GEMTECH, MIST-22, S/N S15-85455, 22 CAL

314)     SILENCER: GRIFFIN ARMAMENT, M4SDII, S/N SDII-0351, 5.56

315)     SILENCER: HUNTERTOWN ARMS, B 22, S/N B22987, 22 CAL

316)     SILENCER: HUNTERTOWN, GUARDIAN 22, S/N G229104

317)     SILENCER: DEAD AIR GHOST 45M, S/N G45-06762, 45 CAL

318)     SILENCER: HUNTERTOWN ARMS, B 22, S/N B22989, 22 CAL

319)     SILENCER: HUNTERTOWN GUARDIAN 22, S/N G229107

320)     SILENCER: HUNTERTOWN GUARDIAN 22, S/N G229101, 22 CAL

321)     SILENCER: HUNTERTOWN ARMS, B 22, S/N B22988, 22 CAL

322)     SILENCER: HUNTERTOWN GUARDIAN 22, S/N B22991, 22 CAL

323)     SILENCER: RUGGED, OBSIDIAN 45, S/N BBIB-1373, 45 CAL

324)     SILENCER: RUGGED, OBSIDIAN 45, S/N CBIB-1582, 45 CAL

325)     SILENCER: RUGGED, OBSIDIAN 45, S/N CBIB-1599, 45 CAL

326)     SILENCER: PORTSMOUTH, TRASH PANDA, S/N JA3223, 7.62

327)     SILENCER: SILENCERCO, OCTANE 45 HD, S/N OCT45-19223, 45 CAL

328)     SILENCER: SILENCERCO, HYBRID, S/N HYBRID-5938, 46 CAL

329)     SILENCER: SILENCERCO, OSPREY MICRO, S/N OSPM-4937, 22LR

330)     SILENCER: SILENCERCO, 45OSPREY, S/N OSP45-31871, 45 CAL

331)     SILENCER: DEAD AIR WOLVERINE, S/N AK-03040, 7.62

332)     SILENCER: RUGGED, OBSIDIAN 45, S/N B45-2134, 45 CAL

333)     SILENCER: GRIFFIN ARMAMENT, RESISTANCE, S/N RES22-0194, 22 CAL

334)     SILENCER: YHM, TURBO K, S/N TK-02163, 5.56

335)     RILEY DEFENSE, INC., MODEL RAK47, CAL. 762, BEARING SERIAL NUMBER B15064

336)     RILEY DEFENSE, INC., MODEL RAK47, CAL. 762, BEARING SERIAL NUMBER B15026

337)     RILEY DEFENSE, INC., MODEL RAK47, CAL. 762, BEARING SERIAL NUMBER B15025

338)     RILEY DEFENSE, INC., MODEL RAK47, CAL. 762, BEARING SERIAL NUMBER B12442

339)     TAURUS PISTOL, MODEL G2C, CAL. 9, BEARING SERIAL NUMBER TMS81600

340)     GLOCK PISTOL, MODEL 19GEN4, CAL 9, BEARING SERIAL NUMBER BKZW940

341)     BARRETT FIREARMS, MODEL 82A1, CAL. 50BMG, BEARING SERIAL NUMBER AA009174

342)     DIAMONDBACK ARMS, INC., MODEL DB-10, CAL. 308, BEARING SERIAL NUMBER DB-7007498

343)     DIAMONDBACK ARMS, INC., MODEL DB-10, CAL. 308, BEARING SERIAL NUMBER DB-7003521

344)     DIAMONDBACK ARMS, INC., MODEL DB-10, CAL. 308, BEARING SERIAL NUMBER DB-7003463

345)     DIAMONDBACK ARMS, INC., MODEL DB-10, CAL. 308, BEARING SERIAL NUMBER DB-7007490

346)     ONE HUNDRED (100) ROUNDS OF CAL. 50 BMG AMMUNITION

347)     ONE HUNDRED FIFTY-SEVEN (157) ROUNDS OF CAL. 556 WINCHESTER-WESTERN AMMUNITION

348)     SIXTEEN (16) ROUNDS OF CAL. 762 AMMUNITION, UNKNOWN MANUFACTURER

## NOTICE OF CRIMINAL FORFEITURE
### 21 U.S.C. § 853(a)

Pursuant to Title 21, United States Code, Section 853(a), the United States of America gives notice to Defendant,

**GUSTAVO GOMEZ-VALENZUELA,
GUILLERMO GOMEZ-LAZCANO,
AND** ▮▮▮▮▮▮▮▮▮▮▮▮▮,

that upon conviction of an offense in violation of Title 21, United States Code, §§ 841 or 846, the following is subject to forfeiture:

1)     all property constituting, or derived from, any proceeds obtained, directly or indirectly, as the result of such violation; and

2)     all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of, such violation.

## NOTICE OF CRIMINAL FORFEITURE
### (18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

Pursuant to Title 18 United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States hereby gives notice to defendants,

**GUSTAVO GOMEZ-VALENZUELA,**
**GUILLERMO GOMEZ-LAZCANO,**
██████████████████
**AND JORGE VELA,**

that upon conviction of a knowing violation of Title 18, United States Code, Sections 922(g) or 924, all firearms and ammunition involved in or used in any such violation is subject to forfeiture, including but not limited to:

1. Winchester Defender 12 gauge shotgun, serial number L1913135

2. Romarm Cugir GP/WASR 10 7.62x39 mm rifle, SN AH9523

3. American Tactical, Max Limited multi-caliber rifle, serial number NS056396

4. Glock 22 .40 caliber pistol, serial number HWW405, Draco, 9x19 mm pistol, serial number NAK9

5. 29 rounds of 7.62x39 mm ammunition

6. 50 rounds of 9 mm ammunition

7. Glock 22 GEN4 .40 caliber pistol, serial number WKA234

8. A. Uberti Italy, model Stampede .45 caliber revolver, serial number B04141

9. Anderson Manufacturing Model AM15 multi-caliber pistol, serial number 17038219

10. Anderson Manufacturing Model AM15 multi-caliber pistol, serial number 19122715

11. Century Arms, model RAS47 7.62x39 mm rifle, serial number RAS47089810

12. 29 rounds of .223 caliber ammunition

13. 20 rounds of 7.62x39 mm ammunition

14. Interarm, model Interarm-15 multi-caliber rifle, serial number SAM00070

15. Jigsaw Weaponry, model FTW-15 multi-caliber rifle, serial number JSW00340

16. Aero Precision, model PEW4E1 multi-caliber pistol, serial number PEW004655

17. 956 rounds of .50 caliber ammunition

18. 11 rounds of 9 mm ammunition

19. 899 rounds of assorted .223 caliber ammunition

20. 20 rounds of .40 caliber ammunition

21. 93 rounds of assorted .22 caliber ammunition

22. 1 round of .357 caliber ammunition

23. 5 boxes of rifle magazines totaling 51 magazines

24. Beretta, model 92FS, 9 mm caliber pistol, serial number L09883Z

25. SWD, model M11/9, 9 mm caliber pistol, serial number 85-0004440

## NOTICE OF CRIMINAL FORFEITURE
### (18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c))

Pursuant to Title 18 United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c), the United States hereby gives notice to defendant,

**ABRAHAM JOAQUIN CANELA
AND BRYAN MARTINEZ**

that upon conviction of a knowing and willful violation of Title 18, United States Code, Sections 922(n) or 924, all firearms and ammunition involved in or used in any such violation is subject to forfeiture, including but not limited to 1400 rounds of .50 caliber ammunition.

50

## NOTICE OF CRIMINAL FORFEITURE
### (26 U.S.C. § 5872(a) and 28 U.S.C. § 2461(c))

Pursuant to Title 26 United States Code, Section 5872(a) and Title 28, United States Code, Section 2461(c), the United States hereby gives notice to defendant,

### GUILLERMO GOMEZ-LAZCANO

that upon a violation of any provision of Title 26, United States code, all firearms involved shall by subject to forfeiture, including but not limited to an Aero Precision, model M4E1 multi-caliber AR-style pistol, equipped with a 3D Printed "auto sear."

A TRUE BILL:

_____
FOREPERSON OF THE GRAND JURY

JENNIFER B. LOWERY
ACTING UNITED STATES ATTORNEY

*Jennifer Stabe*
_____
JENNIFER STABE
Assistant United States Attorney
Southern District of Texas
713-567-9711